JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AXELL ESPINOZA ESPINOZA,

           Petitioner,

    v.

JAIME RIOS, Acting Field Office Director, Los Angeles Field Office, et al.,

           Respondents.

Case No. 5:26-cv-03099-PD

**JUDGMENT**

**A# 233-223-132**

    Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus and Ordering Release, IT IS ADJUDGED that the Petition is granted as to Claim Two and the remaining claims are dismissed without prejudice.

DATED: June 22, 2026

_____

Patricia Donahue
United States Magistrate Judge